UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES ET AL,<br><br>              Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN ET AL,<br><br>              Defendants. | Case No. CV-17-047-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

       IT IS ORDERED AND ADJUDGED that Summary Judgment will be entered in favor of the Forest Service.

       Dated this 31st day of July, 2018.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Annie Puhrmann
                            Annie Puhrmann, Deputy Clerk